UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CHRISTOPHER WENDELL COOK, <br><br> Plaintiff, <br><br> v. <br><br> CASS COUNTY JAIL, et al., <br><br> Defendants. | CAUSE NO. 3:21-CV-408-JD-MGG |

OPINION AND ORDER

Christopher Wendell Cook, a prisoner without a lawyer, filed an amended complaint. ECF 42. He did not use the court's approved prisoner complaint form, as required by Northern District of Indiana Local Rule 8-1. Furthermore, the amended complaint contains almost no facts, and appears to be an attempt to amend by interlineation, which is not permitted by Northern District of Indiana Local Rule 15-1(b). The court has already explained to Cook that an amended complaint must include every claim against every defendant he is trying to sue in this lawsuit. ECF 10. Because the amended complaint is both incomplete and not on the court's approved prisoner complaint form, it will be stricken.

For this reason, the second amended complaint (ECF 42) is STRICKEN.

SO ORDERED on April 6, 2022

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge